TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00035-CV






First American Life Insurance Company, Appellant


v.


Texas Memorial Life Insurance Company; Memorial Administrators, LLC

d/b/a Texas Memorial Administrators, LLC; Time Holdings, Inc.; and State of Texas,
Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. D-1-GV-09-000904, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N

 

 Appellant First American Life Insurance Company, through counsel for its
Special Deputy Receiver, has filed an unopposed motion to dismiss this appeal. We grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).



 __________________________________________

 Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: May 28, 2010